THE KANSAS CENTRAL RLY. CO. V. F. H. IRELAND.

AT the June Term, 1877, of the district court of Jefferson county, *Ireland* had judgment against the *Railway Company* for $247 damages, and for costs. The said *Company* brings the case here.

*E. Stillings*, and *Keeler & Gephart*, for plaintiff in error.

*John S. Hopkins*, and *Louis A. Myers*, for defendant in error.

*Per Curiam:* The decision in the case of *The Kas. Cent. Rld. Co. v. Allen*, ante, p. 285, is decisive of this; and the judgment of the district court must be reversed, and the case remanded for a new trial.

BREWER, J., not sitting.